# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMILEH IBRAHIM,

    Plaintiff,

v.                                                                          No. 18-cv-1234 SMV/GBW

ABM GOVERNMENTAL SERVICES LLC,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint against Defendant on December 31, 2018. [Doc. 1] at 1. Plaintiff had 90 days from filing the Complaint, or until April 1, 2019, to effect service of process. Fed. R. Civ. P. 4(m) (2015). That date has passed, and there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file her response no later than **April 29, 2019**.

**IT IS SO ORDERED.**

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**